## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

        EDGAR F. CONTRERAS,

                       DEBTOR.

Case No. 19-33724
Chapter 13

Judge Jack B. Schmetterer

---

## AGREED ORDER PROVIDING FOR STAY RELIEF
## AND CO-DEBTOR STAY RELIEF UPON DEFAULT

---

**THIS CAUSE** coming on to be heard on the motion for entry of an agreed order filed by U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-HE2 (hereinafter, "Creditor") with respect to the property commonly known as 4442 W Gunnison St Unit 1, Chicago, Illinois, due notice having been given, the Court having jurisdiction over the parties and subject matter, and having been advised that the parties have reached an agreement:

**IT IS HEREBY ORDERED:**

1.     That beginning with the first payment due after filing, the debtor must commence making timely post-petition payments continuing throughout the pendency of the bankruptcy;

2.     That a payment is considered "timely", if the full payment is received in the office of Creditor on or before the 15th day of the month in which it is due and a late charge is due on all payments received after the 15th day of the month (this provision applies only to the triggering of this order and does not affect what constitutes currency of the loan post-petition);

3.     That if Creditor fails to receive two "timely" post-petition monthly mortgage payments and if the debtor fails to bring the loan post-petition current within fourteen (14) calendar days after mailing notification to the Debtor and his attorney, the stay and co-debtor stay shall be

automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing of notice of same with the clerk of the court;

4.      Creditor's post-petition bankruptcy fees and costs of $450.00 are allowed and may be added to the indebtedness secured by the subject mortgage. These fees and costs have not been paid. Creditor will file a Notice of Post-petition Mortgage Fees under Rule 3002.1 for these fees;

5.      In the event that Creditor should have to send out any Notices of Default, Creditor may include up to $100.00 per notice, as additional attorney fees, that the Debtor must pay in addition to whatever funds are needed to cure the default and that said additional funds must be tendered prior to the expiration of the cure period set forth in the Notice;

6.      Upon dismissal, discharge, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against Debtors.

AGREED: _____          _____
                     Attorney for Debtor                                   Attorney for Creditor

                                                                          ENTER:

DATED: _____1/15/20_____                          _____
                                                            UNITED STATES BANKRUPTCY JUDGE
              15 JAN 2020

Peter C. Bastianen ARDC#6244346
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**File (14-17-01529)**