UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **Judge Jack B. Schmetterer**  Hearing Date **15 JAN 2020**

**Bankruptcy Case No.** 19-33724  **Adversary No.**

**Title of Case** In re: Edgar Contreras

**Brief Statement of Motion** Motion for Relief from the Automatic Stay by agreement (Dkt 21)

**Names and Addresses of moving counsel**

**Representing**

## ORDER STAY TO REMAIN IN EFFECT BY AGREEMENT

By agreement, the stay is ordered to remain in effect, until,

Feb 12, 2020 10²⁰

ENTER:
JACK B. SCHMETTERER, USBJ