## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-33724 |
| EDGAR CONTRERAS, | Chapter 13 |
| Debtor(s). | Judge: Hon. Jack B. Schmetterer |

### ORDER ON MOTION FOR RELIEF FROM STAY [DKT. NO. 21]

THIS MATTER COMING ON TO BE HEARD upon Gunnison Condominium Association's Motion for Relief from Stay, pursuant to the hearing held Wednesday, February 12, 2020 at 11:00 a.m., IT IS HEREBY ORDERED THAT:

1. Debtor's response to the Motion is to be filed on or before February 19, 2020.
2. A reply, if any, is to be filed on or before February 23, 2020.
3. Status is set for Wednesday, March 4, 2020, at 10:30 p.m. at 219 S. Dearborn, Courtroom 682, Chicago, Illinois 60604.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

DATED:  1 2 FEB 2020