| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-33724<br>Northern District of Illinois<br>Eastern Division<br>Wed Feb 19 11:26:02 CST 2020 | Gunnison Condominium Association<br>4311 N Ravenswood Ave<br>Suite 201<br>Chicago, IL 60613-1192 | U.S. Bank National Association, as Trustee f<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | Cash Loans Today<br>119494 S Pulaski<br>Alsip, IL 60803 |
| Cavalry SPV<br>500 Summit Lake Dr, Ste 400<br>Valhalla, NY 10595-2321 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Check N Go<br>PO Box 566027<br>Dallas, TX 75356-6027 |
| Delia Ciruelas<br>4442 W Gunnison<br>Chicago, IL 60630-4802 | Douglas Chancellor Meyer<br>1000 Fairgrounds 200<br>Chicago, IL 60630 | First PREMIER Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Gunnison Condominium Assoc<br>4442 W Gunnison<br>Chicago, IL 60630-4802 | Jefferson Capital<br>PO Box 772813<br>Chicago, IL 60677-0113 | Monroe & Main<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| Ocwen Loan Services<br>PO Box 6440<br>Carol Stream, IL 60197-6440 | Opturn<br>PO Box 4085<br>Atherton, CA 94027 | Premier Bank Card LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |
| Robert J Adams & Associates<br>540 W 35th Street<br>Chicago, IL 60616-3532 | Suncash<br>5800 W North Ave<br>Chicago, IL 60639-4041 | The Girard Law Group<br>4311 N Ravenswood #202<br>Chicago, IL 60613-1192 |
| U.S. Bank National Association, as Trustee f<br>MASTR Asset Backed Securities Trust<br>PHH Mortgage<br>Attn: Bankruptcy Department PO BOX 24605<br>West Palm Beach, FL 33416-4605 | Unifund CCR Partners<br>c/o Blitt & Gaines<br>661 Glenn Ave<br>Wheeling, IL 60090-6017 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 |
| Edgar F Contreras<br>4442 W. Gunnison, Unit 1<br>Chicago, IL 60630-4802 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

End of Label Matrix
Mailable recipients   26
Bypassed recipients    0
Total                 26