## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

IN RE:                                    Case No.:  19-33724

    Edgar F Contreras

                                  Chapter:  13

               Debtor                      Judge Jack B. Schmetterer

### NOTICE OF DEFAULT AND MODIFICATION FOR DEBTOR'S FAILURE TO COMPLY WITH ORDER ENTERED 1/15/2020

      **PLEASE TAKE NOTICE** that the debtor has failed to comply with the provisions set forth in this Honorable Court's Order, entered 01/15/2020, (hereto attached).  In accordance with said Order, attorneys, Codilis & Associates, P.C., mailed notification to all required parties of non-compliance on 11/17/2020.  The Debtor did not bring the post-petition mortgage payments current with U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-HE2 prior to the fourteen (14) days, effective date provided for.

      **THE AUTOMATIC STAY AND CO-DEBTOR STAY** has been terminated as to U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-HE2, its principals, agents, successors, and/or assigns as to the property commonly known as 4442 W Gunnison St Unit 1, Chicago, IL 60630, upon filing of this Notice.

      **NOTICE TO THE STANDING TRUSTEE:**  No further payments are to be distributed to U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-HE2 on its Proof of Claim.

### PROOF OF SERVICE AND CERTIFICATION

      I hereby certify that I have served a copy of this Notice to the below, as to the Trustee and Debtor's attorney via electronic notice on December 2, 2020 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 2, 2020.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Edgar F Contreras, Debtor, 4442 W. Gunnison, Unit 1, Chicago, IL 60630
Delia Ciruelas-Contreras, Co-Debtor, 4442 W. Gunnison, Unit 1, Chicago, IL 60630
David H Cutler, Attorney for Debtor(s), 4131 Main St., Skokie, IL 60076 by electronic notice through ECF

                                 /s/ Joel P. Fonferko
                                 Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File #14-17-01529
NOTE: This law firm is a debt collector.